JONATHAN P. LELEU, ESQ.
Nevada Bar No. 7422
2260 Corporate Cir.
Suite 490
Henderson, NV  89074
Telephone:  (702) 541-1500
Email: jon@horizonnv.com

*Attorney for Plaintiffs*
        *Achievement Recognition, Inc. and*
        *Lane Larsen*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACHIEVEMENT RECOGNITION, INC., a Nevada corporation; and LANE LARSEN, an individual, <br><br> Plaintiffs, <br><br> *v.* <br><br> THE WATERS GROUP, INC., a South Carolina corporation; HERFF JONES, LLC, a Delaware limited liability company; and DOE DEFENDANTS I-X; and ROE CORPORATE DEFENDANTS XI-XX, <br><br> Defendants. | Case No.   2:26-cv-01154-JAD-DJA <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT HERFF JONES, LLC'S MOTION FOR MORE DEFINITE STATEMENT** <br><br> **(First Request)** |

Plaintiffs Achievement Recognition, Inc. and Lane Larsen ("Plaintiffs"), and Defendant Herff Jones, LLC ("Herff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**STIPULATION**

1. Defendant Herff Jones, LLC filed its Motion for More Definite Statement ("Motion") on April 21, 2026.

- 1 -

2.      Pursuant to LR 7-2(b), Plaintiffs' response to the Motion is currently due on May 5, 2026.

3.      The parties hereby stipulate to extend the deadline for Plaintiffs to file their response to the Motion by one (1) week, up to and including May 12, 2026.

4.      This request is made pursuant to LR IA 6-1 and LR IA 6-2.

5.      This is the first request for an extension of time to respond to Defendant Herff Jones, LLC's Motion.

6.      Good cause exists for the requested extension. Specifically, counsel for Plaintiffs was unable to timely access the Court's CM/ECF system due to issues linking counsel's PACER account, which required coordination with the Clerk's Office and was not resolved until May 1, 2026. Resolution of the issue required an in-person visit to the Clerk's Office on April 30, 2026. As a result, additional time is necessary to access the docket, review filings, and prepare Plaintiffs' response.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

7.      This request is made in good faith and not for purposes of delay. The requested extension will not prejudice any party.

DATED this 4th day of May, 2026

_____
JONATHAN P. LELEU, ESQ.
Nevada Bar No. 7422
2260 Corporate Cir.
Suite 490
Henderson, NV  89074
Telephone:  (702) 541-1500
Email: jon@horizonnv.com

*Attorney for Plaintiffs*
*     Achievement Recognition, Inc. and*
*     Lane Larsen*

DATED this __4th__ day of May, 2026

   /s/Aaron D. Lovaas, Esq.
_____
AARON D. LOVAAS, ESQ.
Nevada Bar No. 5701
FENNEMORE CRAIG, P.C.
9275 W. Russell Rd., Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorneys for Defendant*
*     Herff Jones, LLC*

**ORDER**

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have until May 12, 2026, to file their response to Defendant Herff Jones, LLC's Motion for More Definite Statement.

**IT IS SO ORDERED:**

DATED: ___5/5/2026_____

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 3 -

 **Jon Leleu <jon@horizonnv.com>**

---

## Larsen v. Herff Jones, et al.

---

**Lovaas, Aaron** <alovaas@fennemorelaw.com>                      Mon, May 4, 2026 at 1:12 PM
To: Jon Leleu <jon@horizonnv.com>
Cc: "Landis, Cheryl" <CLandis@fennemorelaw.com>

Thank you, Jon.  The proposed Stipulation looks good to me. I have no changes.  You may affix my "*/s/*" electronic signature and submit.


Aaron


**Aaron Lovaas,** Director
T: 702.692.8010
alovaas@fennemorelaw.com

**From:** Jon Leleu <jon@horizonnv.com>
**Sent:** Monday, May 4, 2026 10:15 AM
**To:** Lovaas, Aaron <alovaas@fennemorelaw.com>
**Cc:** Landis, Cheryl <CLandis@fennemorelaw.com>
**Subject:** Re: Larsen v. Herff Jones, et al.


Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

Aaron -


Thank you again for your accommodation.  My CMECF is operational.  I've attached a proposed stipulation, including a 1-week extension.  Please let me know if you have any questions.


Jon


On Thu, Apr 30, 2026 at 8:41 AM Jon Leleu <jon@horizonnv.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

 **SAO Extending Time to Oppose Motion 05042026.pdf**
142K

 **SAO Extending Time to Oppose Motion 05042026.doc**
28K