Aaron D. Lovaas, Esq.
Nevada Bar No. 5701
FENNEMORE CRAIG, P.C.
9275 W Russell Rd, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

Attorneys for Defendant HERFF JONES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACHIEVEMENT RECOGNITION, INC., a Nevada corporation; and LANE LARSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE WATERS GROUP, INC., a South Carolina corporation; HERFF JONES, LLC, a Delaware limited liability company; and DOE DEFENDANTS I-X; and ROE CORPORATE DEFENDANTS XI-XX,<br><br>Defendants. | Case No. 2:26-cv-01154-JAD-DJA<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

Defendant HERFF JONES, LLC ("Herff Jones"), and Plaintiffs ACHIEVEMENT RECOGNITION, INC. and LANE LARSEN (collectively, "Plaintiffs"), by and through their undersigned counsel of record hereby stipulate and agree as follows:

1. Plaintiffs filed a Complaint in the Eighth Judicial District Court for the above-entitled case on March 19, 2026 ("State Court Action"). The State Court Action was removed to this Court on April 14, 2016. *See* ECF No. 1.

2. The caption of the Complaint incorrectly identified Herff Jones as a Delaware limited liability company. Herff Jones is, in fact, an Indiana limited liability company. *See* ECF No. 1 at 2:10-16; ECF No. 1-1, ¶ 3.

3. Herff Jones and Plaintiffs stipulate that the caption of this case be amended to identify Defendant as an Indiana limited liability company and that all filings subsequent hereto bear said amended caption. No amendment of the Complaint is required to effect this change.

Dated: May 18, 2026.

FENNEMORE CRAIG, P.C.

By: *\/s/ Aaron D. Lovaas*
Aaron D. Lovaas, Esq.
Nevada Bar No. 5701
9275 W Russell Rd, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorney for Defendant*
*Herff Jones, LLC*

Dated: May 18, 2026.

By: */s/ Jonathan P. Leleu*
Jonathan P. Leleu, Esq.
Nevada Bar No. 7422
2260 Corporate Circle, Suite 490
Henderson, NV 89074
Telephone: (702) 541-1500
Email: jon@horizonnv.com

*Attorney for Plaintiffs*
*Achievement Recognition, Inc. and*
*Lane Larsen*

**ORDER**

IT IS HEREBY ORDERED that the Stipulation is granted.

IT IS FURTHER ORDERED that the caption of the above-entitled case be amended to identify Defendant as "HERFF JONES, LLC, an Indiana limited liability company."

**IT IS SO ORDERED.**

DATED: ______________________________

______________________________
UNITED STATES MAGISTRATE JUDGE